UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEROY WASHINGTON, on his own behalf, and on behalf of a Class of those similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CAUSE NO. 1:16-cv-02980-JMS-DML ) |
| THE MARION COUNTY PROSECUTOR, in his official capacity, | ) COMPLAINT – CLASS ACTION ) ) |
| THE MAYOR OF THE CONSOLIDATED CITY OF INDIANAPOLIS/MARION COUNTY, in his official capacity, and | ) ) ) ) |
| THE CHIEF OF THE INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, in his official capacity, | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFFS MOTION FOR SUMMARY JUDGMENT

COMES NOW Leroy Washington, on behalf of himself and all others similarly situated, by counsel, Jeff Cardella, and would move this Court pursuant to Rule 56(a) of the Federal Rules of Civil Procedure for summary judgment on the grounds that the pleadings, answers to interrogatories, affidavits, and stipulations of the parties show that there is no genuine issue as to any material fact and that Plaintiffs are entitled to judgment as a matter of law.

Plaintiff has filed a Memorandum in Support of this motion. [Filing No. 32.]

Wherefore, Plaintiff moves that this Court enter judgment declaring that IC § 34-24-1-2(a)(1) violates Due Process, issue a preliminary injunction and permanent injunction enjoining its enforcement, certify this case as a class action, and granting any further relief to which the Court may deem them entitled, including their costs and reasonable attorney fees pursuant to 42 U.S.C. § 1988.

/s/ Jeff Cardella
Jeff Cardella
Atty. No. 27051-49
The Law Office of Jeff Cardella, LLC
333 N. Alabama St. # 357
Indianapolis, IN 46204
Phone: (317) 695-7700
Fax: (317) 454-1334
Email: jeffcardella@cardellalawoffice.com
Web: www.cardellalawoffice.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the February 21, 2017, a copy of the foregoing pleading was filed electronically upon the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jeff Cardella
Jeff Cardella

Jonathan P. Nagy
Office of the Indiana Attorney General
Jonathan.nagy@atg.in.gov

Pamela G. Schneeman. Attorney No. 18142-53
Office of Corporation Counsel
Pamela.Schneeman@indy.gov