STATE OF INDIANA, COUNTY OF MARION, SS:

DEFENDANT NAME: LEROY S WASHINGTON

LOCATION OF INCIDENT: E 36TH ST/N DENNY ST ND25

DATE OF INCIDENT: 09/21/2016 CASE #: DP160114412-0000

SLATED CHARGES: OBSTRUCTION OF JUSTICE /F/CONTROLLED SUBSTANCE- POSSESSION OF PARAPHERNALIA /M/CONTROLLED SUBSTANCE- MANUFACTURE/DEALING MARIJUANA/HASHISH/SALVIA /F/RESISTING LAW ENFORCEMENT /F

ARRESTING OFFICER: CHRISTOPHER RYNARD

OFFICER ID: 32664

AGENCY: INDIANAPOLIS POLICE DEPARTMENT

ON WEDNESDAY, SEPTEMBER 21, 2016 AT APPROXIMATELY 01:01 AM, I, OFFICER C. RYNARD WITH THE INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT OBSERVED A SILVER VEHICLE TRAVELING NORTH ON SHERMAN DRIVE AT A HIGH RATE OF SPEED. WHEN I CAUGHT UP TO THE VEHICLE, IT TURNED INTO A STRIP MALL PARKING LOT ON THE SOUTH WEST CORNER OF 38TH AND SHERMAN DR. I CONTINUED TO THE INTERSECTION WHERE I THEN OBSERVED THE SAME VEHICLE AT THE STOP SIGN OF 38TH AND STATION. I TURNED DOWN STATION AND TRIED TO MAKE MY WAY BEHIND THE VEHICLE. THE VEHICLE THEN TURNED WENT WEST ON 38TH STREET AT A HIGH RATE OF SPEED. WHEN I TURNED AROUND AND GOT BACK TO 38TH STREET AND TRAVELING WEST BEHIND THE VEHICLE, I OBSERVED THE VEHICLE TURN IN FRONT OF A FULLY MARKED SHERIFFS DEPUTY VEHICLE, ANDRE OSNEL (ID# 31206), TO GO SOUTH ON GALE STREET. AS THE VEHICLE WAS TURNING SOUTH ON GALE STREET IT MADE THE DEPUTYS VEHICLE STOP ABRUPTLY AND GO INTO ONCOMING TRAFFIC TO AVOID COLLISION. THE VEHICLE CONTINUED AT A HIGH RATE OF SPEED SOUTH ON GALE STREET WHERE HE THEN TURNED EAST ON 36TH STREET AND APPROACHED SHERMAN DR. AS SOON AS THE VEHICLE CROSSED OVER SHERMAN DR, IN MY FULLY MARKED POLICE VEHICLE I ACTIVATED MY EMERGENCY LIGHTS AND INITIATED A TRAFFIC STOP AT 3600 N. DENNY STREET ON A SILVER CHEVROLET MALIBU, LICENSE PLATE 196NJB. DEPUTY OSNEL ASSISTED ME IN THE TRAFFIC STOP. I APPROACHED THE DRIVER AND ASKED HIM WHY HE WAS DRIVING LIKE HE WAS AND HE SHOWED ME HIS PHONE STATING THAT IT HIS GPS WAS MESSING UP. WHILE SPEAKING TO THE DRIVER, I OBSERVED A BOOK BAG IN THE VEHICLE WITH A STAR PATTERN ON IT. I RETRIEVED THE DRIVERS LICENSE AND REGISTRATION AND WENT BACK TO MY POLICE VEHICLE. I CONFIRMED THE DRIVER THROUGH A INDIANA DRIVERS LICENSE AS LEROY WASHINGTON. I WENT BACK UP TO THE VEHICLE AND ASKED MR. WASHINGTON TO TURN OFF THE VEHICLE AND TO STEP OUT OF THE VEHICLE. WHEN I OPENED THE DRIVERS DOOR, MR. WASHINGTON PUT HIS VEHICLE IN DRIVE AND TOOK OFF FROM OFFICERS. AS I WAS RUNNING BACK TO MY POLICE VEHICLE, I NOTIFIED CONTROL THAT I HAD A PERSON RUNNING AND THAT I WAS IN VEHICLE PURSUIT. I PURSUED MR. WASHINGTON GOING EAST ON 36TH STREET GOING ABOUT 40 MPH WITH NO TRAFFIC. MR. WASHINGTON WAS A COUPLE STREETS AHEAD OF ME WHEN HE TURNED SOUTH ON TO GRANT AVE. I THEN PURSUED MR. WASHINGTON TILL HE STOPPED HIS VEHICLE AT 34TH AND GRANT AVENUE. MR. WASHINGTON WAS THEN APPREHENDED BY OFFICERS. I THEN READ MR. WASHINGTON HIS MIRANDA RIGHTS IN WHICH HE STATED HE UNDERSTOOD. WHILE LOOKING INTO THE VEHICLE I NOTICED THAT THE BOOK BAG THAT WAS IN THE VEHICLE BEFORE WAS MISSING. WHILE SEARCHING MR. WASHINGTON INCIDENT TO ARREST, I FOUND A BUNDLE OF MONEY INSIDE HIS PANTS. I RETRIEVED $468 DOLLARS FROM MR. WASHINGTON IN AN ASSORTMENT OF DENOMINATIONS. MR. WASHINGTON HAD 13-$1

I swear (affirm) under penalty of perjury as specified by IC 35-44-2-1, that the foregoing representations are true.

Dated: _____

_____
Law Enforcement Officer

_____
Deputy Prosecuting Attorney
Nineteenth Judical Circuit

_____
Judge, Marion Superior Court

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
CLERK OR DEPUTY
ELDRIDGE, CLERK OF COURTS

BILLS, 23-$5 BILLS, 16-$10 BILLS, AND 9-$20 BILLS COMING OUT TO BE $468 DOLLARS. THROUGH TRAINING AND EXPERIENCE I RECOGNIZED THAT THIS ASSORTMENT OF MONEY IS ASSOCIATED WITH DEALING IN NARCOTICS. OFFICER MATHEIS (ID# 40485) DROVE THE ROUTE OF THE PURSUIT AND NOTIFIED ME THAT HE HAD FOUND A BOOK BAG IN FRONT OF 3521 N. GRANT AVENUE WHICH WAS A BLOCK NORTH OF WHERE MR. WASHINGTON STOPPED HIS VEHICLE. I ARRIVED WHERE OFFICER MATHEIS LOCATED THE BAG AND RECOGNIZED IT TO BE THE SAME BAG INSIDE MR. WASHINGTONS VEHICLE. WHILE STANDING OVER THE BOOK BAG, THROUGH MY TRAINING AND EXPERIENCE, I COULD SMELL AND ODOR OF RAW MARIJUANA COMING FROM THE BOOK BAG. INSIDE THE FRONT POCKET I LOCATED A DIGITAL SCALE AND A CLEAR PLASTIC BAG CONTAINING A GREEN LEAFY SUBSTANCE. THROUGH TRAINING AND EXPERIENCE I RECOGNIZED THE SUBSTANCE TO BE MARIJUANA. I OPENED THE MIDDLE POCKET TO THE BOOK BAG AND OBSERVED A BROKEN JAR WITH AN ABUNDANCE OF MARIJUANA INSIDE OF IT. EVIDENCE TECH LY (ID# 30725) WAS DISPATCHED TO THE SCENE TO TAKE PHOTOS AND TO GET POSSIBLE PRINTS. EVIDENCE TECH LY WAS ABLE TO RETRIEVE A PARTIAL PRINT OFF OF THE BOOK BAG. I RECOVERED THE BOOK BAG AND TRANSPORTED IT BAG TO 3400 N. GRANT AVE. THROUGH TRAINING AND AND EXPERIENCE I RECOGNIZED WITH THE ASSORTMENT OF MONEY, A DIGITAL SCALE, AND THE ABUNDANCE OF MARIJUANA TO BE COMMON IN DEALING NARCOTICS. OFFICERS ASKED MR. WASHINGTON IF THE MARIJUANA WAS FOR PERSONAL USE OR TO SELL AND HE STATED THAT THE ABUNDANCE OF MARIJUANA WAS FOR HIMSELF. MR. WASHINGTON WAS ARRESTED FOR FLEEING BY A VEHICLE, DEALING IN MARIJUANA, AND POSSESSION OF PARAPHERNALIA. MR. WASHINGTONS VEHICLE THAT WAS REGISTERED WAS TOWED TO AUTORETURN TO BE FORFEITED DUE TO BEING ASSOCIATED WITH DEALING IN NARCOTICS WITH THE NARCOTICS IN THE VEHICLE. MR. WASHINGTON WAS TRANSPORTED TO THE APC BY MARION COUNTY WAGON. I TRANSPORTED THE MONEY AND EVIDENCE TO THE PROPERTY ROOM. THE EVIDENCE WAS LEFT IN THE BOOK BAG AND PLACED IN A BOX THAT WAS SEALED UP. I PLACED THE $468.00 IN AN ENVELOPE TO BE FORFEITED DUE TO BEING ASSOCIATED WITH DEALING NARCOTICS. ALL EVENTS OCCURRED IN MARION COUNTY, INDIANA.

Per chemist Ryan Farrell at the Marion Co Crime Lab, the suspected marijuana tested positive at 46.40 grams.

I swear (affirm) under penalty of perjury as specified by IC 35-44-2-1, that the foregoing representations are true.

Dated: _____

_____
Law Enforcement Officer

_____
Deputy Prosecuting Attorney
Nineteenth Judical Circuit

_____
Judge, Marion Superior Court

