UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEROY WASHINGTON, on his own Behalf and On Behalf of a Class of Those Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE MARION COUNTY PROSECUTOR, in his Official Capacity, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Cause #: 1:16-cv-02980-JMS-DML<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT OF POSITION ON REMAND

Plaintiffs, Leroy Washington, on his own behalf and on behalf of a class of those similarly situated, and Defendants, the Marion County Prosecutor, the Mayor of the Consolidated City of Indianapolis, and the Chief of Police of the Indianapolis Metropolitan Police Department, by their respective counsel, in accordance with Southern District of Indiana local rule 16-2, submit this joint statement of their position regarding further proceedings on remand.

In February 2017, Defendants moved to dismiss and Plaintiff moved for summary judgment. Later, in August 2017, this Court certified a class and granted Plaintiff's motion for summary judgment, declaring Ind. Code § 34-24-1-1(a)(1) unconstitutional as violating the due process clause.

Following this Court's entry of summary judgment, the Marion County Prosecutor appealed to the Seventh Circuit. During the pendency of the appeal,

Indiana amended its vehicular forfeiture statute. On February 26, 2019, the Seventh Circuit remanded this matter to allow this Court to address whether the amendments ameliorate the constitutional problems identified by this Court, and also, if necessary, determine whether the class should be decertified or redefined.

On remand, the Seventh Circuit directed the parties to address whether the statutory amendment rendered Plaintiff's complaint moot, and whether the class should be decertified or redefined. The parties believe it would be appropriate to brief the issues for the court. The parties defer to the Court as to whether oral argument on these issues would help the Court.

Respectfully submitted,

| | |
|---|---|
| Jeff Cardella, Atty. No. 27051-49<br>  (*Consents to filing, pursuant to Local Rule 5-7*)<br>THE LAW OFFICE OF JEFF CARDELLA, LLC<br>333 N. Alabama St., #357<br>Indianapolis, IN 46204<br>Telephone: (317) 695-7700<br>Facsimile: (317) 454-1334<br>jeffcardella@cardellalawoffice.com<br><br>*Counsel for Plaintiffs*<br><br>Adam S. Willfond, Atty. No. 31565-49<br>  (*Consents to filing, pursuant to Local Rule 5-7*)<br>OFFICE OF CORPORATION COUNSEL<br>200 E. Washington St., #1601<br>Indianapolis, IN 46204<br>Telephone: (317) 327-4055<br>Facsimile: (317) 327-3968<br><br>*Counsel for Defendants, the Mayor of the Consolidated City of Indianapolis and the Chief of Police of the Indianapolis Metropolitan Police Department* | Curtis T. Hill, Jr., Atty. No. 13999-20<br> Attorney General<br>Zachary D. Price, Atty. No. 31469-53<br>Bryan Findley, Atty. No. 34447-30<br>Rebecca L. McClain, Atty. No. 34111-49<br> Deputy Attorneys General<br>OFFICE OF THE INDIANA ATTORNEY GENERAL<br>302 West Washington Street<br>Indiana Government Center South, Fifth Floor<br>Indianapolis, IN 46204<br>Telephone: (317) 232-0486<br>Facsimile: (317) 232-7979<br>zachary.price@atg.in.gov<br>bryan.findley@atg.in.gov<br>rebecca.mcclain@atg.in.gov<br><br>*Counsel for Defendant, the Marion County Prosecutor* |