UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEROY WASHINGTON, on his Own Behalf and On Behalf of a Class of Those Similarly Situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Cause #: 1:16-cv-02980-JMS-DML |
| THE MARION COUNTY PROSECUTOR, in his Official Capacity, et al., | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

The Court approves and adopts the parties' proposed scheduling order (*see* Motion for Entry of Scheduling Order, Dkt. 87), and orders as follows:

1. Discovery Schedule.

Discovery necessary to complete the record for addressing the class certification issues must be completed on or before **July 31, 2019.**

2. Proposed Briefing Schedule.

The Court orders a segregated briefing schedule, in which the class certification issue will be briefed before the substantive constitutional issues. The Court adopts the following briefing schedule:

(i) Defendants' brief on the class certification issue is due on or before **August 15, 2019**;

(ii) Plaintiffs' response on the class certification issue is due on or before

**September 16, 2019**;

(iii) Defendants' reply on the class certification issue is due on or before **September 30, 2019**.

Following the briefing on the class certification issue, the parties will adhere to the following briefing schedule on the substantive constitutional issues:

(i) Defendant's brief on the substantive constitutional issues is due on or before **November 15, 2019**;

(ii) Plaintiffs' response on the substantive constitutional issues is due on or before **December 16, 2019**;

(iii) Defendants' reply on the substantive constitutional issues is due on or before **December 30, 2019.**

3. Amendment of Briefing Schedule

If, following the close of discovery, Defendants decline to challenge the class certification, Defendants shall notify the court in order that the matter may proceed to briefing on the substantive constitutional issues.

So ORDERED.

Dated:

___________________________________
Judge, Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system.