UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LEROY WASHINGTON, on his own Behalf and On Behalf of a Class of Those Similarly Situated,

Plaintiffs,

v.

THE MARION COUNTY PROSECUTOR, in his Official Capacity, et al.,

Defendants.

The Court acknowledges counsel's report and agrees with the proposal in paragraph 4.
JMS, CJ 11-4-2019
Distribution via ECF.

Cause #: 1:16-cv-02980-JMS-DML

**JOINT STATUS REPORT**

Plaintiffs, Leroy Washington, on his own behalf and on behalf of a class of those similarly situated, and Defendants, the Marion County Prosecutor, the Mayor of the Consolidated City of Indianapolis, and the Chief of Police of the Indianapolis Metropolitan Police Department, by their respective counsel, hereby file their Joint Joint Status Report and state as follows:

1. This Court issued an Order Staying Proceedings Pending Settlement on July 2, 2019. On October 3, 2019, the Court ordered the parties to file a status report on or before November 4, 2019 explaining the steps necessary to finalize settlement.

2. The parties have now received the approvals necessary to settle this case. The parties are now only awaiting the delivery of the settlement funds. The parties intend to file a stipulation of dismissal once the funds have been distributed.