UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEROY WASHINGTON, on his own Behalf and On Behalf of a Class of Those Similarly Situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Cause #: 1:16-cv-02980-JMS-DML |
| THE MARION COUNTY PROSECUTOR, in his Official Capacity, et al., | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Trial Rule 41(a)(1)(A)(ii), the parties, by their respective counsel, hereby stipulate that this action is dismissed with prejudice and that each party shall bear its own costs.

Date: December 13, 2019

Respectfully submitted,

Jeff Cardella, Atty. No. 27051-49
THE LAW OFFICE OF JEFF CARDELLA, LLC
333 N. Alabama St., #357
Indianapolis, IN 46204
Telephone: (317) 695-7700
Facsimile: (317) 454-1334
jeffcardella@cardellalawoffice.com

*Counsel for Plaintiffs*

Adam S. Willfond, Atty. No. 31565-49
OFFICE OF CORPORATION COUNSEL
200 E. Washington St., #1601
Indianapolis, IN 46204
Telephone: (317) 327-4055
Facsimile: (317) 327-3968

*Counsel for Defendants, the Mayor of the Consolidated City of Indianapolis and the Chief of Police of the Indianapolis Metropolitan Police Department*

Curtis T. Hill, Jr., Atty. No. 13999-20
Attorney General
Zachary D. Price, Atty. No. 31469-53
Bryan Findley, Atty. No. 34447-30
Rebecca L. McClain, Atty. No. 34111-49
Deputy Attorneys General
OFFICE OF THE INDIANA ATTORNEY GENERAL
302 West Washington Street
Indiana Government Center South, Fifth Floor
Indianapolis, IN 46204
Telephone: (317) 232-0486
Facsimile: (317) 232-7979
zachary.price@atg.in.gov
bryan.findley@atg.in.gov
rebecca.mcclain@atg.in.gov

*Counsel for Defendant, the Marion County Prosecutor*